|  |  |
|---|---|
| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

| | |
|---|---|
| GREGORY A. DAY, | § |
| Petitioner, | § |
| versus | § CIVIL ACTION NO. 1:11-CV-153 |
| MARK MARTIN, | § |
| Respondent. | § |

# MEMORANDUM ORDER ADOPTING
## THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Gregory A. Day, proceeding *pro se*, filed the above-styled petition for writ of habeas corpus.

The court previously referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge concerning the petition. The magistrate judge recommends the petition be dismissed.

The court has received the Report and Recommendation of United States Magistrate Judge, along with the record, pleadings, and all available evidence. No objections were filed to the magistrate judge's Report and Recommendation.

**ORDER**

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct, and the report of the magistrate judge is **ADOPTED**. A final judgment will be entered dismissing this petition.

SIGNED at Sherman, Texas, this 8th day of November, 2011.

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE